IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

OSCAR PRENTICE McDOWELL,
    Plaintiff,

vs.                         Case No.  5:09cv31/MCR/MD

EDWARD HAM, CHIEF JIMMY SMITH,
OFFICER JAMES ANDREWS and
ROSCOE RABON,
    Defendants.
_____/

## O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on March 3, 2010, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.     This action is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to keep the court apprised of his current address and failure to prosecute this action, and all pending motions are denied as moot.

DONE AND ORDERED this 7th day of April, 2010.

                              s/ *M. Casey Rodgers*
                              M. CASEY RODGERS
                              UNITED STATES DISTRICT JUDGE